**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**AT FORT KNOX**

**UNITED STATES OF AMERICA**

**VS.**                                                                                                    **NO. 3:04MJ-242**

**CHRISTOPHER K. IRVINE**

### ORDER

This matter came before the Court for trial on December 13, 2004, at Fort Knox, Kentucky.

APPEARANCES:

| | |
|---|---|
| For the United States: | Trent Sandifur, Special Assistant U.S. Attorney |
| For the Defendant: | Patrick Bouldin, Assistant Federal Defender |

The defendant having been found **NOT GUILTY** by the Court this date,

**IT IS HEREBY ORDERED** that the Information filed on September 28, 2004, charging the defendant with violation of Title 18, U.S.C. 13 K.R.S. 189A.010(1)(a) &(5)(a) and Title 18, U.S.C. 13 K.R.S. 189A.010 (1)(b)(c) & (5)(a), Driving While Under the Influence of Alcohol, is **DISMISSED**.

Copies to:

United States Attorney
United States Probation
Ft. Knox Clerk
Counsel for Defendant

3|30